# AFFIDAVIT

STATE OF OKLAHOMA )
 ) SS.
COUNTY OF Tulsa )

I, Erma Jernigan, being duly sworn, on oath, depose and say that to the best of my knowledge:

1. I am the mother of the deceased, Thomas R. Corp, Jr.

2. Thomas R. Corp, Jr. sustained fatal injuries on February 26, 2006, as a result of the negligence of Defendant Justin Eugene Barton.

3. I have been permanently deprived of decedent's services, consortium, companionship, comfort, instruction, guidance, counsel, training and support, and have incurred the cost of his funeral.

4. Defendant Modern Day Veterans is a Missouri Non-profit corporation, with its registered agent designated as Dianna Buhler, 309 S Main St, Poplar Bluff, Missouri 63901-5833.

5. Defendant Modern Day Veterans is licensed to sell intoxicating liquor by the drink for consumption on the premises.

6. On February 26, 2006, Defendant Modern Day Veterans served intoxicating liquor to Justin Eugene Barton.

7. Justin Eugene Barton was visibly intoxicated when Defendant Modern Day Veterans served him.

8. By serving Justin Eugene Barton after he was visibly intoxicated Defendant Modern Day Veterans caused the death of Thomas R. Corp, Jr.

9. Thomas R. Copr, Jr. was 30 years when he died.

10. According to National Vital Statistics Reports Vol. 54 No. 14, United States Life Tables, 2003, Table 6 pg 18. Thomas R. Corp, Jr.'s life expectancy was 76.9 years.

11. According to the Missouri Quarterly Census of Employment and Wages Industry Information the average median wage in Missouri is $37,388.00

12. My damages under Missouri wrongful death statute equal $1,928,846.92.


_____
Erma Jernigan

Subscribed and sworn to before the undersigned on Aug 13, 07.


_____
Notary Public

My Appointment Expires: 6-9-08