IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ERMA JERNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0686-CV-W-GAF |
| ) | |
| JUSTIN EUGENE BARTON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

On August 17, 2007, Plaintiff filed her Motion for Default Judgment against Defendant Modern Day Veterans. To date, no response has been filed. Accordingly, it is

ORDERED that Defendant Modern Day Veterans show cause within fifteen (15) days of the date of this Order why Plaintiff's Motion for Default Judgment should not be granted.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 7, 2007