# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ERMA JERNIGAN, | ) |
|                 Plaintiff, | ) |
| vs. | ) Case No. 06-0686-CV-W-GAF |
| JUSTIN EUGENE BARTON, et al., | ) |
|                 Defendants. | ) |

## DEFAULT JUDGMENT

Upon Plaintiff Erma Jernigan's ("Plaintiff") Motion for entry of a Default Judgment against Modern Day Veterans ("MDV"), (Doc. #20), this Court entered an order directing MDV to explain in writing why Plaintiff's Motion for Default Judgment should not be granted. (Doc. #25). MDV's registered agent's, Dianna Buhler ("Buhler"), filed response suggests Plaintiff has not served the proper Modern Day Veteran's Chapter. (Doc. #27). However, the record indicates Buhler is indeed the registered agent for the Modern Day Veteran's Chapter in question in this suit. (Doc. #30, Att. #1). The Court finds MDV has failed to plead or otherwise appear and is not an infant or incompetent person.

Therefore, it is

ORDERED that a default judgment pursuant to Fed. R. Civ. P. 55(b) is hereby entered against MDV and in favor of Plaintiff in the principal sum of $1,928,846.92, with interest accruing on the total amount at the statutory rate, as provided in 28 U.S.C. § 1961(b) from the date of this Judgment.[1]

---

[1] Plaintiff notified the Court she would waive costs.

**SO ORDERED** this 5th day of December, 2007.

                s/ Gary A. Fenner
                GARY A. FENNER, JUDGE
                UNITED STATES DISTRICT COURT

DATED: December 5, 2007