# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ERMA JERNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0686-CV-W-GAF |
| ) | |
| JUSTIN EUGENE BARTON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO DISBURSE FUNDS

Now pending before the Court is Plaintiff's Motion to Disburse Funds. For good cause shown, it is

ORDERED that the Clerk of the Court is directed to disburse the amount of $660.19, being held in the Court's registry pursuant to this Court's Order of March 4, 2010, to Plaintiff.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: April 9, 2010